UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------
United States of America,

-vs-

Anthony Anderson,
          Defendants.
-----------------------------------------

**ORDER**

CR-02-1190(FB)

On August 11, 2005, in open court and on the record with all counsel and the defendant present, the Court heard oral argument regarding the summary order issued by the Court of Appeals for the Second Circuit remanding this case pursuant to *United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005). Accordingly for the reasons stated on the record, it is

HEREBY ORDERED that the sentence imposed by the Court on October 23, 2003 shall stand. In making this determination the Court considered the advisory sentencing guidelines and the factors set forth in Title 18 U.S.C. Section 3553(a)(1) and found that the original sentence imposed was reasonable.

SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
       August 12, 2005

CC.; Deborah Coslon, Esq.
    AUSA Max Minzner